# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARK MARGALLIS                                CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant                                              CASE NO:  5-16-04115-JJT

MARK MARGALLIS

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on November 16, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 16, 2017, the Debtor(s) is/are $4749.45 in arrears with a plan payment having last been made on Mar 15, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                    Respectfully Submitted,
                                                   /s/  Liz Joyce
                                                   for Charles J. DeHart, III, Trustee
                                                   8125 Adams Drive, Suite A
                                                   Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097

Dated: November 16, 2017

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK MARGALLIS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

MARK MARGALLIS

Respondent(s)

CHAPTER 13

CASE NO: 5-16-04115-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on November 16, 2017.

PAUL W McELRATH, JR, ESQUIRE
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA 15210-

MARK MARGALLIS
49 HAZEL STREET
SWOYERSVILLE, PA 18704

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 16, 2017