```
                        United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                            Case No. 16-04115-JJT
Mark Margallis                                                    Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5      User: REshelman            Page 1 of 2         Date Rcvd: Nov 16, 2017
                          Form ID: pdf010            Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
```
db              +Mark Margallis,    49 Hazel Street,    Swoyersville, PA 18704-2125
4840892        ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
4840894         +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
4840895         +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4931053         +Luzerne County Flood Protection Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2017 18:54:05
                  Recovery Management Systems Corporation,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
4840893         +E-mail/Text: bankruptcy@cavps.com Nov 16 2017 18:52:26     Cavalry Portfolio Serv,
                  Po Box 27288,    Tempe, AZ 85285-7288
4879849         +E-mail/Text: bankruptcy@cavps.com Nov 16 2017 18:52:26     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4840896          E-mail/Text: camanagement@mtb.com Nov 16 2017 18:52:11     M & T Bank,    1 Fountain Plz,
                  Buffalo, NY 14203
4858708          E-mail/Text: camanagement@mtb.com Nov 16 2017 18:52:11     M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
4840897         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2017 18:59:37
                  Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4841396          E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2017 18:53:51
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
4840898         +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 18:53:49     Syncb/Lowes,    Po Box 965005,
                  Orlando, FL 32896-5005
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Luzerne County Flood Protection Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
4850900*       ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
4850901*        +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
4850902*        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
4850903*        +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
4850904*       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court:  M & T Bank,    1 Fountain Plz,    Buffalo, NY 14203)
4850905*        +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4850906*        +Syncb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                    TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: REshelman         Page 2 of 2                Date Rcvd: Nov 16, 2017
                               Form ID: pdf010         Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              James Randolph Wood    on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Mark  Margallis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARK MARGALLIS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

vs. Movant(s)

MARK MARGALLIS

Respondent(s)

Chapter: 13

Case No.: 5-16-04115-JJT

Document No.: 54

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default on Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: November 16, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)